=================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

### NORTHERN _____ DISTRICT OF _____ NEW YORK

JUDGMENT IN A CIVIL CASE

DOCKET NO 1:07-CV-0754 (LEK/GHL)

LARRY B. LINDSEY,

Plaintiff,

-against-

MAYOR HARRY TUTUNJIAN[1]; POLICE OFFICER WILLIAM
WADE, JR.; POLICE OFFICER MICHAEL E. PARROW;
POLICE OFFICER W. TAGUE; POLICE OFFICER R. RIVET;
POLICE OFFICER R.C. FRENCH,

Defendants.

_____ JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__ DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiff, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated August 07, 2007.

DATE:    August 07, 2007                    LAWRENCE K. BAERMAN

CLERK OF THE COURT


_Scott A. Snyder_

**Courtroom Deputy to the
Honorable Lawrence E. Kahn**